UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-134RSM |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| v. | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF |
| TODD SCOTT, JR., | ) | SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

This matter has come before the Court on Todd Scott, Jr.'s motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion, the response of the government, the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 13th day of August, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE